IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No: 2:24-cr-764 |
| v. | 18 U.S.C. § 371 |
| | 18 U.S.C. § 2320 |
| **IBRAHIM FATHY SHEDID** | 18 U.S.C. § 2323 |
| **AHMED FATHY SHEDID** | 18 U.S.C. § 2461(c) |
| | **INFORMATION** |

### COUNT 1
**(Conspiracy to Traffic in Counterfeit Goods)**

**THE UNITED STATES ATTORNEY CHARGES:**

1.     Beginning on a date unknown to the United States Attorney but at least as early as June 2023 and continuing thereafter, until at least February 2024, the exact dates being unknown to the United States Attorney, in the District of South Carolina, and elsewhere, the Defendants **IBRAHIM FATHY SHEDID** and **AHMED FATHY SHEDID**, together with others known and unknown to the United States Attorney, did knowingly and willfully conspire, agree, and have a tacit understanding to traffic and attempt to traffic counterfeit goods, in violation of Title 18, United States Code, Section 2320(a)(1).

### MANNER AND MEANS OF THE CONSPIRACY

2.     At all times relevant to this Information, **IBRAHIM FATHY SHEDID** and **AHMED FATHY SHEDID**, as part of the conspiracy, and with others known and unknown to the United States Attorney, did own and/or operate A2Z Warehouse and Big Boss Puff and Stuff.

3.     A2Z Warehouse sold and/or distributed various merchandise to local convenience stores and other retail operations, to include Big Boss Puff and Stuff.

1

4. Local convenience stores and other retail operations, to include Big Boss Puff and Stuff, would then sell the merchandise purchased from A2Z Warehouse to their customers.

5. The merchandise sold and/or distributed by A2Z Warehouse and Big Boss Puff and Stuff included, but was not limited to, counterfeit drugs; to wit, Viagra.

6. **IBRAHIM FATHY SHEDID** and **AHMED FATHY SHEDID** did purchase the counterfeit Viagra, knowing that it was counterfeit, for the purpose of selling the goods and merchandise.

## OVERT ACTS

7. In furtherance of the conspiracy and to accomplish the object of the conspiracy, Defendants **IBRAHIM FATHY SHEDID** and **AHMED FATHY SHEDID**, with others known and unknown to the United States Attorney, committed overt acts within the District of South Carolina, and elsewhere, including but not limited to the following:

   a. On or about June 2023, **IBRAHIM FATHY SHEDID** and **AHMED FATHY SHEDID**, and others known and unknown to the United States Attorney, sold counterfeit Viagra to a convenience store known to the United States Attorney for $50 per bottle.

   b. On or about January 25, 2024, a shipment of counterfeit Viagra was delivered to Big Boss Puff and Stuff and accepted by an employee of Big Boss Puff and Stuff who was communicating with Defendant **IBRAHIM FATHY SHEDID** at the time of the delivery.

    c.    On or about January 26, 2024, Defendant **AHMED FATHY SHEDID**, and others known and unknown to the United States Attorney, did move box(es) of counterfeit Viagra from A2Z Warehouse to a storage unit rented by Defendant **IBRAHIM FATHY SHEDID**.

All in violation of Title 18, United States Code, Section 371.

# FORFEITURE

<u>CONSPIRACY</u>:

Upon conviction for violations of Title 18, United States Code, Section 371 (Conspiracy to violate Title 18, United States Code, Section 2320), as charged in this Indictment, the Defendants, **IBRAHIM FATHY SHEDID** and **AHMED FATHY SHEDID**, shall forfeit to the United States any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the offenses, and any property, real or personal, constituting, derived from or traceable to proceeds the Defendants obtained, directly or indirectly, as a result of such offenses.

<u>PROPERTY</u>:

The property subject to forfeiture pursuant to Title 18, United States Code, Section 2323 and Title 28, United States Code, Section 2461(c), includes, but is not limited to, the following:

<u>Proceeds/Forfeiture Judgment</u>:

A sum of money equal to all proceeds the Defendants obtained, directly or indirectly, from the offenses charged in this Indictment, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to their violations of Title 18.

<u>Property Involved in the Counterfeit Trafficking</u>:

Attachment A

<u>SUBSTITUTE ASSETS</u>:

If any of the property described above, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by 18 U.S.C. § 982(b)(1) to seek forfeiture of any other property of the Defendants up to an amount equivalent to the value of the above-described forfeitable property.

All pursuant to Title 18, United States Code, Section 2323 and Title 28, United States Code, Section 2461(c).


ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: /s/Amy Bower
Amy F. Bower (#11784)
Assistant U.S. Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
Tel.: (843) 727-4381
Email: Amy.Bower@usdoj.gov

ATTACHMENT A

1) FPF 2024160100002301: (Search Warrant of Big Boss Puff Stuff)
    a. 001- US Currency ($1,526.00)
    b. 002- Misc Documents
    c. 003- Scale
    d. 004- Man King- 40,000 each
    e. 005- Royal Honey- Black (Sachets)- 39 each
    f. 006- Royal Honey- Gold (Sachets)- 9 each
    g. 007- Royal Honey- Gold (Pouches)- 9 each
    h. 008- Viagra- 720 each (24 bottles)
    i. 009- V12- 6 each
    j. 010- Dell laptop with charger
    k. 011- Black iPhone S/N: FFXKQS45N72J
    l. 012- Gray iPhone S/N: G6TZQAGVN70G

2) FPF 2024160100002201: (Seizure of 19 UPS Boxes)
    a. Counterfeit Viagra- 282,030 pills (9401 Bottles)

3) FPF 2024160100002601: (Seizure of 1 UPS Box)
    a. Counterfeit Viagra- 15120 pills (504 Bottles)

4) FPF 2024160100005201:  (1 Ibrahim Shedid cellphone)

5) FPF 2024160100003801: (Search Warrant of Storage Unit)
    a. Counterfeit Viagra- 8190 pills (273 bottles)
    b. V12- 3,864 each
    c. Black Ant King- 20, 620 each
    d. Tiger King (pills)- 7,510 each
    e. Tiger King (cream)- 585 each
    f. Man King- 40 each
    g. Miscellaneous bag of pills- 1.4kgs

6) FPF 2024160100003901- (Search Warrant at A2Z Warehouse)
    a. 002- LG cell phone S/N: LGE LM-Q730
    b. 003- Dell Inspiron 3670 Desktop S/N: EA84A66B
    c. 004- Portable storage devices
        i. Sandisk (S/N: 24B8E174)
        ii. Blue SD (S/N: BE820E13)
        iii. PNY (S/N: SE31EEF9)
    d. 005- Miscellaneous Documents

Attachment A

  e. Counterfeit Sports Clothing
    i. NFL Headgear- 17 each
    ii. NBA Headgear- 39 each
    iii. NFL Socks- 711 pair

  f. Seized products set forth in chart:

| Product Seized | Rep Sample | Bulk | Total |
|---|---|---|---|
| Royal Honey VIP | 12 | 22608 | 22620 |
| Rhino 500K African | 12 | 936 | 948 |
| Rhino 69 | 12 | 1572 | 1584 |
| Magnumm XXL 24K Gold | 24 | 3840 | 3864 |
| Black Bull Extreme | 15 | 10305 | 10320 |
| Killer Bee | 24 | 1128 | 1152 |
| Pink Pussycat (gummy) | 24 | 480 | 504 |
| Rhino 69 (gummy) | 24 | 216 | 240 |
| Honey 14K | 12 | 84 | 96 |
| Rhino Platinum 800K | 1 | 492 | 493 |
| Pink Pussycat Passionfruit | 60 | 37440 | 37500 |
| New White Samurai X | 24 | 4512 | 4536 |
| Red Bull Honey | 15 | 5580 | 5595 |
| Goold Lion Chocolate | 24 | 6240 | 6264 |
| Fantasy Aphrodisiac Chocolate-Black | 24 | 13128 | 13152 |
| Pink Pussycat Chocolate | 24 | 6432 | 6456 |
| MV9 Platinum | 24 | 3240 | 3264 |
| Leopard Miracle of Honey | 12 | 1440 | 1452 |

2

Attachment A

| | | | |
|---|---|---|---|
| Fuel for Passion | 12 | 144 | 156 |
| Poseidon | 12 | 264 | 276 |
| Poseidon | 12 | 144 | 156 |
| Magnum XXL 24K | 24 | 1680 | 1704 |
| Red Devil | 24 | 1704 | 1728 |
| Max Fuel | 12 | 900 | 912 |
| Fantasy Aphrodisiac Chocolate-Purple | 24 | 984 | 1008 |
| Honey 9000K | 12 | 1164 | 1176 |
| Pink Pussycat/Gold Lion Combo | 48 | 3024 | 3072 |
| Kitty Kat | 15 | 915 | 930 |
| Bangkok | 24 | 4248 | 4272 |
| Pink Kitty | 24 | 3216 | 3240 |
| King Lion | 24 | 6180 | 6204 |
| Blue Bull Honey | 15 | 3585 | 3600 |
| Blue 6K | 24 | 1560 | 1584 |
| Royal Honey VIP liquid | 12 | 1080 | 1092 |
| MV7 Extreme | 24 | 4056 | 4080 |
| Rhino R7000 | 24 | 1416 | 1440 |
| Magnum XXL 500K | 24 | 1632 | 1656 |
| Etumax Royal Honey | 12 | 84 | 96 |
| 24K | 12 | 3312 | 3324 |
| Climax- Blue | 24 | 1800 | 1824 |
| Magnum XXL 98000 | 24 | 3336 | 3360 |
| Magnum XXL 100K | 24 | 408 | 432 |
| Gold Lion (gummy) | 24 | 216 | 240 |
| Love | 24 | 2136 | 2160 |
| Rhino Platinum 25K | 12 | 300 | 312 |
| Rhino 7 Platinum 400K | 12 | 120 | 132 |
| Pink Pussypop | 12 | 252 | 264 |

3

Attachment A

| | | | |
|---|---|---|---|
| Gold Lion (gummy) | 24 | 1584 | 1608 |
| SWAG | 24 | 3264 | 3288 |
| Stiff Roxxx | 12 | 324 | 336 |
| Stiff Roxxx Gold | 12 | 276 | 288 |
| 10K | 12 | 888 | 900 |
| Stiff Rox | 24 | 984 | 1008 |
| Hard Steel | 12 | 10176 | 10188 |
| Rhino 69 Honey | 15 | 210 | 225 |
| Climax- Pink | 24 | 1416 | 1440 |
| Libigrow | 24 | 1200 | 1224 |
| MV9 Gold | 24 | 1920 | 1944 |
| MV7 Platinum | 24 | 2208 | 2232 |
| MV7 Black | 24 | 1872 | 1896 |
| Kangaroo | 24 | 576 | 600 |
| Seductive Kiss | 24 | 3528 | 3552 |
| Xcaliber | 24 | 1584 | 1608 |
| Zues Plus | 24 | 2088 | 2112 |
| Niagra | 24 | 4344 | 4368 |
| Pink Pussycat | 12 | 120 | 132 |
| Liquid Titanium | 12 | 96 | 108 |
| Rhino 69 Platinum 100K | 12 | 180 | 192 |
| Rhino 69 Platinum 250K | 12 | 432 | 444 |
| Immoral 69 | 24 | 1008 | 1032 |
| Hard Steel Honey | 5 | 895 | 900 |
| Blue Bull | 12 | 708 | 720 |
| Red Bull | 12 | 180 | 192 |
| Honeygizer | 24 | 120 | 144 |
| Samurai X Honey 6800 | 20 | 1060 | 1080 |
| Leopard Miracle of Honey | 12 | 708 | 720 |
| 14K Gold | 12 | 1044 | 1056 |
| SWAG Honey | 12 | 2724 | 2736 |
| Rollies Premium Honey | 12 | 2700 | 2712 |

4

Attachment A

| | | | |
|---|---|---|---|
| Wicked Hard | 12 | 2136 | 2148 |
| Sativa stud Honey | 12 | 240 | 252 |
| Queen Bee Bumbleberries | 24 | 696 | 720 |
| Stiff Rox Honey | 12 | 840 | 852 |
| Epimedyumlu Macun | 2 | 31 | 33 |
| Stiff Rox | 12 | 276 | 288 |
| Liquid Gold Very Berry | 12 | 324 | 336 |
| Royal Honey | 12 | 11316 | 11328 |
| WAP Watermelon Honey | 24 | 12192 | 12216 |
| Rhino 69 100K | 12 | 96 | 108 |
| Helms Honey | 0 | 96 | 96 |
| Get Rhino 500K Platinum | 0 | 9 | 9 |
| Royal Honey | 0 | 17 | 17 |

Attachment A                                                  5