IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**IBRAHIM FATHY SHEDID**<br>**AHMED FATHY SHEDID** | Criminal No: 2:24-cr-00764-BHH<br><br>**MOTION TO DISCLOSE PSR** |

COMES NOW the United States of America, through its undersigned attorney, and requests to disclose the Pre-Sentence Report (PSR) for both Defendants to Stephanie B. Linder, Special Counsel for the Ninth Circuit Solicitor's Office. The PSR sets forth that permission of the sentencing judge is required for the Government to disclose the document.

The reason for this request is that both Defendants have pending state charges from seizures that occurred on or about November 6, 2024. *See* PSR of Ahmed Shedid ¶¶ 45-46; *See* PSR of Ibrahim Shedid ¶¶ 44-45. The Solicitor is in the process of determining what recommendations she will make for the pending state charges and would like to evaluate the federal guidelines for the charges that Defendants have pled guilty to. The undersigned has had conversations with the Solicitor and the federal guidelines are pertinent to her recommendations for what is an appropriate sentence for the pending state court charges, which she anticipates the Defendants will plead guilty to in late-January.

The undersigned has consulted with counsel for both Defendants who have no objection to this request.

-Signature Page to Follow-

1

Respectfully Submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY


By: /s/Amy Bower
Amy F. Bower (#11784)
Assistant U.S. Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
Tel.: (843) 727-4381
Email: Amy.Bower@usdoj.gov

2